**Order entered February 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01528-CV

### WONYOUNG KIM, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08792**

## ORDER

Before the Court is appellee's February 20, 2019 motion for an extension of time to file a combined appellee/cross-appellant's brief. We **GRANT** the motion and extend the time to **March 18, 2019**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE